IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

8:29 am, 10/14/15

**Stephan Harris**
**Clerk of Court**

| | |
|---|---|
| SABRINA LESSMAN, | |
| Plaintiff, | |
| vs. | Case No: 15-CV-11-F |
| COMMUNITY HEALTH CENTER OF CENTRAL WYOMING, INC. HEALTH CARE PLAN, et al., | |
| Defendants. | |

### ORDER DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice.  The Court has reviewed the motion and is fully informed in the premises.

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

Dated this __14th__ day of October, 2015.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE